IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK JOSEPH PERRI, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of | : | |
| Social Security | : | NO.  19-2349 |

# O R D E R

AND NOW, this   12th   day of November, 2019, upon consideration of

Plaintiff's brief (Doc. 9), Defendant's unopposed Motion to Remand (Doc. 12), and the

administrative record (Doc. 8), IT IS HEREBY ORDERED that the Motion for Remand

is GRANTED, and the case is REMANDED to Defendant for further evaluation under

sentence four of 42 U.S.C. § 405(g).  This is a final Order.  The Clerk of Court shall mark

this case closed for statistical purposes.

BY THE COURT:

/s/ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.